▪ In the Matter of MARAT KRIVOI, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [812 NYS2d 907]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered August 1, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs (*see Matter of Raqiyb v Donnelly*, 307 AD2d 761 [2003]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.

▪ KIRCHMEYER & ASSOCIATES, INC., Appellant, v ANTHONY ACOSTA, Respondent. (Appeal No. 1.) [813 NYS2d 689]—Appeal from an amended order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered November 9, 2004. The amended order denied plaintiff's motion for a preliminary injunction and granted defendant's cross motion for summary judgment dismissing the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 24, 2006, and filed in the Monroe County Clerk's Office on January 27, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.